RECP #151040  CK # 302

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-15342 |
| | ) | |
| Lizandro Orellana | ) | Chapter 7 |
| Migdalia Orellana | ) | |
| Debtors | ) | Judge Randolph Baxter |

### TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 302 in the amount of $28.00, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Lizandro Orellana**<br>**Migdalia Orellana**<br>**3454 West 60th Street**<br>**Cleveland, Ohio 44102** | | $28.00 | $ 28.00 |

Dated: September 24, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste